MARCH 13, 2002

No. 01A557. WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL. *v.* GUARDIANSHIP ESTATE OF KEFFELER ET AL. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the stay granted by JUSTICE O'CONNOR on January 29, 2002, shall continue, and the mandate of the Supreme Court of Washington, case No. 67680-1, issued on December 14, 2001, is stayed pending the timely filing and disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon issuance of the mandate of this Court.

MARCH 15, 2002

No. 01-394. CHRISTOPHER, FORMER SECRETARY OF STATE, ET AL. *v.* HARBURY. C. A. D. C. Cir. [Certiorari granted, 534 U. S. 1064.] Motion of Brennan Center for Justice for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 01-521. REPUBLICAN PARTY OF MINNESOTA ET AL. *v.* WHITE, CHAIRPERSON, MINNESOTA BOARD OF JUDICIAL STANDARDS, ET AL. C. A. 8th Cir. [Certiorari granted *sub nom. Republican Party of Minn.* v. *Kelly,* 534 U. S. 1054.] Motion of petitioners for divided argument denied.

MARCH 18, 2002

No. 00-1643. UNITED STATES *v.* JONES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Vonn, ante,* p. 55. Reported below: 2 Fed. Appx. 870.